UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN THOMAS YELVERTON,<br><br>Plaintiff,<br><br>v.<br><br>KIRK CALLAN SMITH,<br><br>Defendant. | Case No. 13-cv-01544 (CRC) |

## ORDER

Plaintiff Stephen Thomas Yelverton has requested leave to file a new cause of action pursuant to the Court's Pre-Filing Injunction, In re Yelverton, No. 1:13-CV-1544 (CRC), 2014 WL 3850052 (D.D.C. Aug. 6, 2014), against an attorney, Kirk Callan Smith. Yelverton alleges that Smith conspired with D.C. Bar Counsel to bring ethics charges against him in retaliation for Yelverton having sought a mistrial of an acquittal in a criminal case as counsel for the alleged victim. The charges resulted in Yelverton's suspension from practice. Yelverton wishes to bring a Section 1983 suit against Smith, claiming that he acted in concert with D.C. bar counsel to violate Yelverton's rights under the Equal Protection Clause by singling him out for unfair prosecution. While the Court is highly skeptical that this suit can survive even the initial stages of litigation, it is not so patently frivolous to prohibit Yelverton from attempting to defend the legal sufficiency of the complaint. It also does not appear to repeat prior claims brought by Yelverton. Although he previously brought claims against the D.C. Bar Counsel under a similar theory, that case was dismissed for reasons that may not apply here. And it does not appear the Yelverton has brought any previous suits against Smith. Moreover, Yelverton has complied with the specific requirements of the Court's Pre-Filing Injunction by including a short Motion for Leave to File, explaining why his new proposed claim is neither frivolous nor redundant.

Accordingly, it is hereby

**ORDERED** that Yelverton's Motion for Leave to File a New Civil Action is GRANTED.

**SO ORDERED.**

_____
CHRISTOPHER R. COOPER
United States District Judge

Date: __April 6, 2015_____