UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stephen Thomas Yelverton,<br>    Plaintiff | )<br>)<br>) Case No. 1:15-cv-00552-TSC |
| v. | )<br>) |
| Kirk Callan Smith, Esq.<br>    Defendant | )<br>) |

RESPONSE TO DEFENDENT'S MOTION TO EXTEND TIME

COMES NOW, Plaintiff Stephen Thomas Yelverton, *Pro Se*, and hereby responds to Defendant Kirk Callan Smith's Motion to Extend Time to Respond to Complaint, filed June 7, 2016. It is a last-minute captive motion filed on the due date.

1. Defendant Smith requests an extraordinary additional forty (40) days to file a response to the Complaint. According to Defendant Smith, he did not "find and discover" the Complaint and Summons until May 18, 2016, and thus needs more time.

2. However, Defendant Smith who is a licensed attorney in the District of Columbia has provided this Court with misleading information. He omits to inform this Court that he was contacted by the Plaintiff on April 6, 2016, with a request to waive formal service, per FRCP, Rule 4 (d). This was done by U.S. Mail at his post office box listed with the D.C. Bar, and by e-mail at his listed e-mail address. A copy of the Complaint was included in the submission to the Defendant. See, attached Exhibit 1.

3. Defendant Smith declined to waive formal service, but had he done so, he would have been allowed sixty (60) days to file a response to the Complaint. Thus, Defendant Smith is now requesting additional time that he previously declined to accept.

4. Defendant Smith fails to disclose that service at his usual place of abode was on May 17, 2016. Thus, a one day delay until May 18th is not of prejudicial consequence.

RECEIVED

JUN 0 8 2016

Clerk, U.S. District and
Bankruptcy Courts

1

5. If Defendant Smith intends to contest service of the Summons at his Mother's residence in California, which is his usual place of abode, an additional forty (40) days for him to prepare such a limited response is wholly unnecessary and excessive. Nor should Defendant Smith be allowed to delay a response to the Complaint until <u>after</u> the June 30, 2016, deadline for completion of service of the Summons.

6. If Defendant Smith actually needs an additional forty (40) days to respond to the Complaint in all substantive respects on the merits, he must assert valid reasons for "good cause," and <u>not</u> contrived or bogus reasons.

7. Defendant Smith must also <u>not</u> engage in "personal attacks" on the Plaintiff as a means to contrive a rationale for an excessive forty (40) day extension of time.

8. As previously noted, Defendant Smith was given the opportunity on April 6, 2016, under FRCP, Rule 4 (d), to waive formal service of the Summons, but declined to do so. Thus, he would be obligated to reimburse the Plaintiff the amount of $78 for the cost of the process server. The Plaintiff is *In Forma Pauperis* and had obtained a short-term loan to pay the process server.

9. A request for reimbursement to the Plaintiff of the $78 for the process server will be separately filed forthwith.

WHEREFORE, this Response is submitted. This proceeding has already been delayed for over one year because of the failure of Defendant Smith to provide his actual address to the D.C. Bar, where he is an active member. It now appears that Defendant Smith is seeking to delay his response to the Complaint until after the June 30, 2016, deadline for service of the Summons to be complete.

This the 8th day of June, 2016,

Respectfully submitted,

Stephen Thomas Yelverton, *Pro Se*,
3033 Wilson Blvd., #E-117
Arlington, VA  22201
Tel. 202-702-6708 (mobile)
E-Mail styelv@aol.com

EXHIBIT 1

Case 1:15-cv-00552-CRC   Document 9   Filed 06/08/16   Page 5 of 8

6/7/2016   Request for Waiver of Service of Summons in Case No. 1:15-cv-00552-TSC in Yelverton v. Smith, U.S. District Court for D.C.

**From:** styelv <styelv@aol.com>
**To:** kirkcallansmith <kirkcallansmith@gmail.com>; kirkcallansmith <kirkcallansmith@mindspring.com>
**Subject:** Request for Waiver of Service of Summons in Case No. 1:15-cv-00552-TSC in Yelverton v. Smith, U.S. District Court for D.C.
**Date:** Wed, Apr 6, 2016 1:06 am
**Attachments:** Notice.pdf (305K), SummonsandComplaint.pdf (2683K), WaiverForm.pdf (150K), WaiverForm.pdf (150K), FRCPRule4.pdf (519K), Duty.pdf (143K)

To: Kirk Callan Smith, Esq.

April 6, 2016

Attached is a request for Waiver of Service of a Summons, as per FRCP, Rule 4 (d).

Please be aware that the District Court staff made markings and notations on certain parts of the Complaint as Docketed, and also appeared to have redacted certain parts of the Complaint at the bottom of page 11 and the top of page 12.

A pre-paid mail envelope is being sent to you by U.S. Mail for return of the Waiver form.

Thank you,

Stephen Thomas Yelverton

## CERTIFICATE OF SERVICE

I, Stephen Thomas Yelverton, *Pro Se*, hereby certify that a copy of this Response to Motion for Extension of Time served the 8th day of June, 2016, or the date of Docket Entry, by U.S. Mail, First class, postage pre-paid, or by e-mail, to the following:

Jeffrey M. Sherman, Esq.
Law Offices of Jeffrey M. Sherman
1600 N. Oak St., Suite 1826
Arlington, VA 22209
E-Mail: jeffreymsherman@gmail.com
Counsel for Kirk Callan Smith

Stephen Thomas Yelverton, *Pro Se*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Stephen Thomas Yelverton | ) | |
| | ) | Case No. 1:15-cv-00552-TSC |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Kirk Callan Smith | ) | |
| | ) | |
| Defendant | ) | |

ORDER

UPON CONSIDERATION of the Defendant's Motion to Extend Time to Respond to the Complaint, filed June 7, 2016, and the Response of the Plaintiff, filed June 8, 2016, IT IS ORDERED that the Motion is DENIED for failure to show "good cause." The Defendant who is a long-time practicing attorney in the District of Columbia has had the same time to locate counsel and to respond, as have non-attorney Defendants in similar circumstances. There is nothing extraordinary that has been shown. Instead, the Defendant has delayed this proceeding for over one year by failing to provide the D.C. Bar with his actual address.

A response shall be filed by the Defendant on or before Friday, June 17, 2016. This allows the Defendant an additional ten (10) days, which is more than sufficient for a last-minute captive motion filed on the due date. It further requires the response to be filed before the date of June 30, 2016, for completion of service of the Summons.

This the _____ day of June, 2016,

_____
Tanya S. Chutkan, United States District Judge

Copies to:

Stephen Thomas Yelverton, Pro Se,
3033 Wilson Blvd., # E-117
Arlington, VA 22201

Jeffrey M. Sherman, Esq.
Law Offices
1600 N. Oak Street, Suite 1826
Arlingtron, VA 22209
Counsel for Kirk Callan Smith, Esq.