UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **STEPHEN THOMAS YELVERTON**, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 15-cv-552 (TSC) |
| **KIRK CALLAN SMITH**, | ) ) ) | |
| Defendant. | ) ) ) | |

## ORDER

Defendant Kirk Callan Smith have moved to dismiss the complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure. (ECF No. 13). Because a ruling on the motion to dismiss might fully dispose of this case, the court hereby advises the *pro se* Plaintiff of his obligations under the Federal Rules of Civil Procedure and the rules of this court. *See Neal v. Kelly*, 963 F.2d 453, 456 (D.C. Cir. 1992); *Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988).

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. Such "notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509. In addition, the court's local rules concerning dispositive motions state: "[w]ithin 14 days of the date of service or at such other time as the Court may direct, an opposing party shall serve and file a

memorandum of points and authorities in opposition to the motion [or] the Court may treat the motion as conceded." Local Civil Rule 7(b).  <u>Moreover, the court may treat as conceded any arguments a defendant has advanced in support of its motion that a plaintiff fails to address in her opposition</u>.  *See Hopkins v. Women's Div., General Bd. of Global Ministries*, 284 F. Supp. 2d 15, 25 (D.D.C. 2003), *aff'd*, 98 F. App'x. 8 (D.C. Cir. 2004) (citing *FDIC v. Bender*, 127 F.3d 58, 67-68 (D.C. Cir. 1997)) (other citation omitted).

The Plaintiff is advised that the court will rule on the defendant's motion taking into consideration the facts proffered in the complaint, along with the Plaintiff's response or opposition to the motion.  **Plaintiff shall file his opposition or other response to the motion to dismiss no later than August 15, 2016.  If the Plaintiff does not respond by that date or does not fully respond to the arguments raised by the defendant, the court may treat the motion as conceded and dismiss the case.**

**The Clerk of the Court shall mail a copy of this order to:**

STEPHEN THOMAS YELVERTON
3033 Wilson Boulevard
Suite E-11
Arlington, VA 22201

Date:  July 22, 2016

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge