RECEIVED
AUG 11 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stephen Thomas Yelverton, *Pro Se* ) | |
| Plaintiff ) | |
| ) | Case No. 1:15-cv-00552-TSC |
| v. ) | |
| ) | |
| Kirk Callan Smith, Esq. ) | |
| Defendant ) | |

## MOTION FOR WITHDRAWAL OF IFP STATUS AS MOOT WITH PAYMENT OF FILING FEE

COMES NOW, Plaintiff Stephen Thomas Yelverton, *Pro Se*, pursuant to LCvR, Rule 7 (a), and hereby requests withdrawal of IFP status as Moot, with payment of the filing fee to the Clerk, U.S. District Court.

### Statement of the Facts

The Plaintiff was granted IFP status and a waiver of the payment of the filing fee at the commencement of this proceeding. Payment is now able to be made as a result of the Chapter 7 Trustee in Case No. 09-00414 turning over Exempt funds from the Estate to the Plaintiff/Debtor on August 8, 2016. A copy of the payment check to the Clerk in the amount of $400 for the filing fee is attached hereto.

### Relief Requested

In view of the foregoing, it is hereby requested that IFP status be withdrawn as Moot.

This the 11th day of August, 2016,

Respectfully submitted,

Stephen Thomas Yelverton, *Pro Se*,
3033 Wilson Blvd., #E-117
Arlington, VA 22201
Tel. 202-702-6708 (mobile)
E-Mail styelv@aol.com

1

**UNITED STATES POSTAL SERVICE** — **POSTAL MONEY ORDER**

Serial Number: 23249671817

Year, Month, Day: 2016-10-10  Post Office: 200000  U.S. Dollars and Cents: $400.00

Amount: Four Hundred Dollars and 00/100 ******************

Pay to: Clerk, U.S. District Court    Clerk

From: S.T. Yelverton
Address: 3033 Wilson Blvd. #E-117
Arlington, VA 22201

Case No.
Memo: 15-cv-552-TSC

© 2008 United States Postal Service All Rights Reserved

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

:000000800: 23249671817

## CERTIFICATE OF SERVICE

I, Stephen Thomas Yelverton, *Pro Se*, hereby certify that a copy of this Motion was served the 11th day of August, 2016, by U.S. Mail, First Class, postage pre-paid, or by e-mail to the following:

Jeffrey M. Sherman, Esq.
1600 N. Oak St., Suite 1826
Arlington, VA 22209
Counsel for Kirk Callan Smith, Esq.
jeffreymsherman@gmail.com

_____
Stephen Thomas Yelverton, *Pro Se*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stephen Thomas Yelverton, Pro Se ) | |
| ) | Case No. 1:15-cv-00552-TSC |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| Kirk Callan Smith, Esq. ) | |
| ) | |
| Defendant ) | |

ORDER

UPON CONSIDERATION of the Plaintiff's Motion for Withdrawal of IFP Status as Moot with Payment of Filing Fee, filed August 11, 2016, and the Responses thereto, it is HEREBY ORDERED that the Motion is GRANTED and that IPF status for the Plaintiff in this proceeding is WITHDRAWN as MOOT is view of the Plaintiff tendering payment of the filing fee in the amount of $400 to the Clerk, U.S. District Court, on August 11, 2016.

This the _____ day of August, 2016,

_____
Tanya S. Chutkan, United States District Judge

2

Copies to:

Stephen Thomas Yelverton, Pro Se,
3033 Wilson Blvd., # E-117
Arlington, VA 22201

Jeffrey M. Sherman, Esq.
Law Offices
1600 N. Oak Street, Suite 1826
Arlingtron, VA 22209
Counsel for Kirk Callan Smith, Esq.

```
Court Name: District of Columbia
Division: 1
Receipt Number: 4616079901
Cashier ID: CLesley
Transaction Date: 08/11/2016
Payer Name: YELVERTON
--------------------------------
CIVIL FILING FEE
 For: YELVERTON
 Amount:         $400.00
--------------------------------
Paper Check Conversion
 Check/Money Order Num: 23249671817
 Amt Tendered:  $400.00
--------------------------------
Total Due:       $400.00
Total Tendered:  $400.00
Change Amt:      $0.00

15-552


Only when the bank clears the
check, money order, or verifies
credit of funds, is the fee or debt
officially paid or discharged.  A
$53 fee will be charged for a
returned check.
```