UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Stephen Thomas Yelverton | ) | District Court Case No. |
| | ) | 1:15-cvc-00552-TSC |
| v. | ) | |
| | ) | |
| Kirk Callan Smith, *et als.* | ) | |

### REQUEST FOR JUDICIAL NOTICE

COMES NOW, Plaintiff Stephen Thomas Yelverton, pursuant to the Federal Rules of Evidence, Rule 201, and hereby requests Judicial Notice of the attached voluntary dismissal <u>without</u> prejudice on September 2, 2016, pursuant to the Federal Rules of Civil Procedure, Rule 41 (a)(1)(A)(i), of District Court Case No. 1:16-mc-00772-CRC. It raises related claims as in this proceeding.

Under Rule 41 (a)(1)(A), the Dismissal is effective upon filing <u>without</u> an Order of the District Court order authorizing it.

This the 2nd day of September, 2016,

Respectfully submitted,

/s/ Stephen Thomas Yelverton
Stephen Thomas Yelverton, *Pro Se*,
3033 Wilson Blvd., # E-117
Arlington, VA 22201
Tel. 202-702-6708 (mobile)
Email: styelv@aol.com

**RECEIVED**
SEP - 2 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

RECEIVED
SEP - 2 2016
Clerk, U S District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In Re: Stephen Thomas Yelverton ) District Court Case No.
                                ) 1:16-mc-00772-CRC
     Plaintiff                  )
Pre-Filing Injunction           )

## NOTICE OF VOLUNTARY DISMISSAL PER FRCP, RULE 41 (A)(1)(a)(i)

COMES NOW, Plaintiff Stephen Thomas Yelverton, pursuant to the Federal Rules of Civil Procedure, Rule 41 (a)(1)(A)(i), and hereby voluntarily dismisses District Court Case No. 1:16-mc-00772-CRC. This dismissal would also moot the Notice of Appeal, filed July 20, 2016, with the District Court, but not yet perfected. See, D.C. Circuit Case No. 16-7093, Order, filed August 3, 2016.

The opposing parties have not served either an Answer or a Motion for Summary Judgment, nor made any other filings.

The Plaintiff has not previously dismissed any Federal or state court action based on or including the same claims.

Under Rule 41 (a)(1)(A), this Dismissal is effective upon filing without an Order of the District Court order authorizing it. Thus, there would be no requirement for a draft Order to be attached for the District Court to act upon.

Because this is a Dismissal of an action, and not the commencement of an action, the Pre-Filing Injunction would be inapplicable.

This the 2nd day of September, 2016.

Respectfully submitted,

Stephen Thomas Yelverton, *Pro Se*,
3033 Wilson Blvd., # E-117
Arlington, VA 22201
Tel. 202-702-6708 (mobile)   Email: syelv@aol.com

2

## CERTIFICATE OF SERVICE

I, Stephen Thomas Yelverton, *Pro Se*, hereby certify that a copy of this Notice of Voluntary Dismissal was served the 2nd day of September, 2016, by U.S. Mail, First Class, postage pre-paid, or by e-mail, to the following:

Jeffrey M. Sherman, Esq.
1600 N. Oak St., Suite 1826
Arlington, VA 22209
Counsel for Kirk Callan Smith, Esq.
jeffreymsherman@gmail.com

Hamilton P. Fox, III, Esq., in his Official Capacity
Assistant Disciplinary Counsel
Office of Disciplinary Counsel
515 Fifth St., N.W., Bldg. A, Room 117
Washington, DC 20001

Stephen Thomas Yelverton, *Pro Se*

2

## CERTIFICATE OF SERVICE

I, Stephen Thomas Yelverton, *Pro Se*, hereby certify that a copy of this Request for Judicial Notice was served the 2nd day of September, 2016, by U.S. Mail, First Class, postage pre-paid, or by e-mail, to the following:

Jeffrey M. Sherman, Esq.
1600 N. Oak St., Suite 1826
Arlington, VA 22209
Counsel for Kirk Callan Smith, Esq.
jeffreymsherman@gmail.com

Hamilton P. Fox, III, Esq., in his Official Capacity
Assistant Disciplinary Counsel
Office of Disciplinary Counsel
515 Fifth St., N.W., Bldg. A, Room 117
Washington, DC 20001

Stephen Thomas Yelverton, *Pro Se*

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Stephen Thomas Yelverton, Pro Se | ) | |
| | ) | Case No. 1:15-cv-00552-TSC |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Kirk Callan Smith, Esq. | ) | |
| | ) | |
| Defendant | ) | |

ORDER

UPON CONSIDERATION of the Plaintiff's Request for Judicial Notice, filed September 2, 2016, IT IS HEREBY ORDERED that it is GRANTED and that the District Court will take Judicial Notice of the voluntary dismissal without prejudice of Case No. 1:16-mc-00772-CRC, pursuant to the Federal Rules of Civil Procedure, Rule 41 (a)(1)(A)(i). That case raises related claims as in this proceeding.

This the _____ day of September, 2016,

_____
Tanya S. Chutkan, United States District Judge

Copies to:

Stephen Thomas Yelverton, Pro Se,
3033 Wilson Blvd., # E-117
Arlington, VA 22201

Jeffrey M. Sherman, Esq.
Law Offices
1600 N. Oak Street, Suite 1826
Arlingtron, VA 22209
Counsel for Kirk Callan Smith, Esq.

2