**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **STEPHEN THOMAS YELVERTON**,<br><br>Plaintiff,<br><br>v.<br><br>**KIRK CALLAN SMITH**,<br><br>Defendant. | Case No. 1:15-CV-00552 (CRC) |

# ORDER

Plaintiff has filed a [28] Amended Complaint, which among other things would name as a defendant Hamilton P. Fox, III, of the Office of Bar Counsel, in his official capacity. In light of the pre-filing injunction issued against Mr. Yelverton by Order of this Court in the matter In Re: Yelverton, Case No. 1:13-cv-1544, dated August 6, 2014, and amended September 9, 2016, the Plaintiff has no authority to bring a new civil action without leave of Court. Accordingly, the Court will for the time being strike those portions of the Amended Complaint relevant to Mr. Fox.

The Court will also dismiss the claim in the [28] Amended Complaint, and strike all portions relevant to the claim, that Defendant violated the automatic stay relevant to bankruptcy proceedings. The Court has affirmed the decisions of the Bankruptcy Court that the relevant bar disciplinary proceedings plainly fit within the exception to the automatic stay rule for "governmental unit[s]." 11 U.S.C. § 362(b)(4). See Order, Case No. 1:16-mc-00772, ECF No. 10. Accordingly, Yelverton's automatic stay-related claims are barred.

However, Mr. Yelverton may file his Amended Complaint as of right to the extent it does not add new parties or allege a violation of the automatic stay rule, since the Amended

Complaint was filed within 21 days after Defendant's Motion to Dismiss. See Fed. R. Civ. P. 15(a)(1)(B). Accordingly, Defendant shall file any Answer or Motion to Dismiss the Amended Complaint no later than October 20, 2016. Plaintiff shall file any Opposition thereto no later than November 7, 2016. Upon receipt of these submissions, the Court will rule on whether to grant leave to add Mr. Fox as a party.

Plaintiff has also filed a [21] Request for Judicial Notice of his purported voluntary dismissal in In re Yelverton, No. 1:16-mc-00772, ECF No. 8. However, that dismissal was invalid and has been vacated by Order. See No. 1:16-mc-00772, ECF No. 10. Accordingly, Plaintiff's [21] Request for Judicial Notice in this case shall be denied.

For the foregoing reasons, it is hereby

**ORDERED** that Plaintiff's Amended Complaint is accepted as filed on July 25, 2016, but that the Court shall **STRIKE** any portions of the Amended Complaint implicating Mr. Fox or Plaintiff's claim regarding the violation of the automatic stay.

**ORDERED** that Defendant shall file any Answer or Motion to Dismiss the Amended Complaint no later than **October 20, 2016**. Plaintiff shall file any Opposition thereto no later than **November 7, 2016**.

**ORDERED** that Plaintiff's [21] Request for Judicial Notice shall be **DENIED**.

**SO ORDERED**.

CHRISTOPHER R. COOPER
United States District Judge

Date: September 20, 2016