To: Board of Professional Responsibility

Re: The Office of Bar Counsel

June 08, 2012

Dear Sir or Madam:

The letter Mr. Stephen Yelverton submitted to your office dated June 07, 2012 is good. I am glad he did this.

 Mr. Fox in particular keeps asking me to add to my complaints despite the fact I have told the office of bar counsel (on more than one occasion) that I withdrew my concerns (and matters were resolved). From my telephone and email conversations with Bar Counsel, namely Ms. Perry and Mr. Fox, it is quite clear that they are out to get Atty Yelverton. Definitely "retaliatory" is the most accurate word to describe it. I am sorry he has to go through this. Overall he is OK and a good man. Mr. Fox and Mr. Kirk Smith have encouraged me to file bar complaints on Mr. Yelverton. Mr. Fox only wants to investigate Mr. Yelverton, not the obvious criminal abuses imposed on me by Attorney Kirk Smith from 2009. Thus this understandably leaves me very, very concerned that the office of Bar counsel (namely Perry and Fox) are simply out to get Atty Yelverton and misusing their authority.

Very sincerely,

*Rebecca Landrith*

Rebecca Landrith

Subscribed and Sworn before me on the 8th day of June 2012.

7/2/710

Notary Public
Commonwealth of Virginia
City of Falls Church

My Commission Expires
September 30, 2015