UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN THOMAS YELVERTON, <br><br> Plaintiff, <br><br> v. <br><br> KIRK CALLAN SMITH, <br><br> Defendant. | Case No. 1:15-cv-00552 (CRC) |

### ORDER

For the reasons stated in the Court's previously issued [33] Memorandum Opinion, it is hereby

**ORDERED** that Defendant's [31] Motion to Dismiss be GRANTED. It is further

**ORDERED** that Defendant's [13] Motion to Dismiss and [20] Motion to Dismiss be DENIED AS MOOT. It is further

**ORDERED** that Plaintiff's [12] Motion for Defendant to Pay Fees for Service of Summons be DENIED. It is further

**ORDERED** that Plaintiff's [18] Motion to Withdraw IFP Status be GRANTED. This is a final, appealable order.

*Christopher R. Cooper*
CHRISTOPHER R. COOPER
United States District Judge

Date: March 21, 2017